IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WAYNE ROBERT MADOLE                                              PLAINTIFF

V.                              No. 14-5002

ANTHONY MURPHY, Fourth Judicial
Drug Task Force; MEIKA HATCHER,
Senior Deputy Prosecuting Attorney;
ANTHONY J. PIRANI, Public Defender;
JERA STILES, Public Defender; and
JUDGE WILLIAM STOREY                                             DEFENDANTS

## O R D E R

On this 3rd day of April, 2014, there comes on for consideration the Report and Recommendation (Doc.12) filed in this case on March 04, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. .

IT IS SO ORDERED.

/s/ Timothy L. Brooks
Timothy L. Brooks
United States District Judge